Summons in a Civil Action (Rev 11/97)

FILED

# United States District Court

PM 12: 28

**SOUTHERN DISTRICT OF CALIFORNIA**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Barbara Hubbard,
PLAINTIFF,

vs

Apple SoCal, LLC dba Applebee's Neighborhood Grill & Bar; Applebee's Restaurants West, LLC dba Applebee's Neighborhood Grill & Bar; Kir Vista Balboa, LP,
DEFENDANTS.

**SUMMONS ON FIRST AMENDED COMPLAINT**

DEPUTY

Case No. 08cv1107 BEN (POR)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
Disabled Advocacy Group, APLC
12 Williamsburg Lane Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 27 2008
DATE

SEAL

By C. PUTTMANN Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)