Elizabeth J. Koumas (SBN 157425)
KOUMAS LAW GROUP
110 West C Street, Suite 1810
San Diego, CA 92101
Tel: (619) 398-8301
Fax: (619) 234-8814

Attorney for KIR VISTA BALBOA, LP.

Lynn Hubbard, III (SBN 69773)
DISABLED ADVOCACY GROUP, APLC.
12 Williamsburg Lane
Chico, CA 95926
Tel: (530) 895-3252
Fax: (530) 894-8244

Attorney for Barbara Hubbard

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Barbara Hubbard,<br><br>Plaintiff,<br><br>v.<br><br>Apple SoCal, LLC dba Applebee's Neighborhood Grill & Bar; Applebee's Restaurants West, LLC dba Applebee's Neighborhood Grill & Bar; Kir Vista Balboa, LP,<br><br>Defendant. | CASE NO.: 08cv1107 BEN (POR)<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND** |

Plaintiff Barbara Hubbard ("Plaintiff") and Defendant Kir Vista Balboa, LP ("Defendant) hereby move this Court for an Order granting Defendant an extension of time in which to file an Answer or otherwise respond to the Complaint up to and including August 5, 2008. In support of this joint motion, the parties present the following:

///

///

1. On or about June 25, 2008, Plaintiff filed the First Amended Complaint.

2. On or about June 27, 2008, the Summons was issued on the First Amended Complaint.

3. On or about July 2, 2008, Defendant Kir Vista Balboa was served.

4. Defendant's last day to file a first responsive pleading is by July 22, 2008.

5. Defendant requires additional time to Answer or otherwise respond to the First Amended Complaint. Additional time is necessary in order to afford defense counsel to confer with its client, obtain and review relevant information relating to the premises at issue and prepare the necessary response.

6. Defendant requests a two-week extension of time to file its Answer or otherwise response to the First Amended Complaint.

7. Undersigned counsel for Defendant conferred with undersigned counsel for Plaintiff, who does not oppose this extension. Defendant has not previously sought an extension of its Answer deadline.

8. The requested extension of time is not being made for the purpose of delay, but rather is to further the interests of justice.

WHEREFORE, Plaintiff and Defendant respectfully pray for an Order granting Defendant an extension of time to Answer or otherwise respond to the First Amended Complaint up to and including August 5, 2008, and for such other and further relief this Court deems just and proper.

DATED: 7-21-08

KOUMAS LAW GROUP

Elizabeth J. Koumas
Attorney for Kir Vista Balboa, LP

DATED: 7-21-08

DISABLED ADVOCACY GROUP, APLC

Lynn Hubbard, III
Attorney for Barbara Hubbard