FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNH DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Barbara Hubbard,

Plaintiff,

v.

Apple SoCal, LLC dba Applebee's Neighborhood Grill & Bar; Applebee's Restaurants West, LLC dba Applebee's Neighborhood Grill & Bar; Kir Vista Balboa, LP,

Defendant.

CASE NO.: 08cv1107 BEN (POR)

**ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND**

After consideration of the Joint Motion for Extension of Time to File Answer or Otherwise Respond presented to this Court, and for good cause shown:

IT IS ORDERED that Defendant Kir Vista Balboa, LP's request for an extension of time is granted. Defendant shall have until August 5, 2008 to file an answer or otherwise respond to the First Amended Complaint.

Dated: 7/21/08

Honorable Roger T. Benitez
US District Court Judge