| | |
|---|---|
| *Attorney or Party without Attorney:* LYNN HUBBARD, III, Bar #69773<br>12 WILLIAMSBURG LANE<br>CHICO, CA 95926<br>*Telephone No:* 530 895-3252 *FAX No:* 530 894-8244<br>*Attorney for:* Plaintiff *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | |
| *Plaintiff:* BARBARA HUBBARD<br>*Defendant:* APPLE SOCAL, LLC, ET AL | |
| **PROOF OF SERVICE DC IST AMENDED** \| *Hearing Date:* \| *Time:* \| *Dept/Div:* | *Case Number:* 08CV1107BEN(POR) |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS ON FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT.

3. a. *Party served:* KIR VISTA BALBOA, LP
   b. *Person served:* MARGARET WILSON-PROCESS CLERK AND PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. *Address where the party was served:* CT CORPORATION
   818 WEST 7TH STREET
   LOS ANGELES, CA 90017

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 02, 2008 (2) at: 9:25AM

7. ***Person Who Served Papers:***
   a. GARY HANSEN C.C.P.S.

HANSEN'S GUARANTEED PROCESS CO.
8607 IMPERIAL HWY. SUITE #206
DOWNEY, CA 90242
(562)904-9460, FAX (562)904-9462
gary@hansensguaranteed.com
www.hansensguaranteed.com

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee for Service was:*** $30.00

e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 2988
   *(iii) County:* Los Angeles
   *(iv) Expiration Date:* Fri, Sep. 12, 2008

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date: Thu, Jul. 03, 2008

(GARY HANSEN C.C.P.S.)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
DC IST AMENDED

3252.19796