| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>*Telephone No:* 530 895-3252 *FAX No:* 530 894-8244<br>*Attorney for:* Plaintiff *Ref. No. or File No.:* HUBBARD v. APPLEBEE'S | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | |
| *Plaintiff:* BARBARA HUBBARD<br>*Defendant:* APPLE SOCAL, LLC, et al. | |

| PROOF OF SERVICE SUMMONS | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 08cv1107 BEN (POR) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS ON FIRST AMENDED COMPLAINT; PLAINTIFF'S FIRST AMENDED COMPLAINT

3. a. *Party served:* APPLEBEES'S RESTAURANTS WEST, LLC dba APPLEBEE'S NEIGHBORHOOD GRILL & BAR

   b. *Person served:* BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. *Address where the party was served:* CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 03, 2008 (2) at: 2:15PM

7. ***Person Who Served Papers:***
   a. Jim Wardlow
   **b. ALL PRO ATTORNEY SERVICES**
   2410 FAIR OAKS BOULEVARD
   SUITE 125
   Sacramento, CA 95825
   c. (916) 974-7421, FAX (916) 974-7442

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. ***The Fee** for Service was:* $33.00
   e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 87-010
   *(iii) County:* Sacramento

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date:Mon, Jul. 07, 2008

**(Jim Wardlow)**